UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

PATRICK MICHAEL MADDEN                               CASE NO. 09-14866
MICHELLE RENEE PENNELL MADDEN              CHAPTER 7
　　　　　　DEBTOR(S).

## NOTICE OF DEPOSIT SMALL DIVIDENDS

　　　　Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

　　　　1.　　That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

　　　　2.　　The following distributions are in an amount under $5.00:

>　　　　Claim #6 of GE Money Bank
>　　　　Account number:  3819
>　　　　Claimed amount:  $69.51
>　　　　Pro rata distribution:  $2.39

**TOTAL AMOUNT OF ALL CLAIMS: $2.39**

　　　　3.　　Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

　　　　4.　　Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  July 28, 2011 /s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on July 28, 2011:

HOLLY RIPKE                                              Office, U.S. Trustee
ripkelaw@live.com                                    USTPREGION10.SO.ECF@USDOJ.GOV

GE Money Bank
dba OLD NAVY
Care of Recovery Management Systems
Corp
25 SE 2nd Ave Ste 1120
Miami FL 33131

/s/  Mark A. Warsco
Mark A. Warsco, Trustee